UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEADARROW S.A.,

                Plaintiff,

- against -

TRANS ATLAS MARITIME LTD.
a/k/a T.A.M. TRANS ATLAS MARITIME LTD., and
ALYA SHIPPING AND CHARTERING LTD.,

                Defendants.
------------------------------------------------------------X

08 CV 0549

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: January 22, 2008
       Southport, CT

                The Plaintiff,
                TRANS ATLAS MARITIME LTD.

                By: _____
                Kevin J. Lennon
                Nancy R. Peterson
                Patrick F. Lennon
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                kjl@lenmur.com
                nrp@lenmur.com
                pfl@lenmur.com