UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LEADARROW S.A.,

                   Plaintiff,

   - against -

TRANS ATLAS MARITIME LTD.
a/k/a T.A.M. TRANS ATLAS MARITIME LTD., and
ALYA SHIPPING AND CHARTERING LTD.,

                   Defendants.
-------------------------------------------------------------------X

08 Civ. 549 (WHP)

ECF CASE

*(stamp: DATE FILED: 1.24.08 / DOC #: / ELECTRONICALLY FILED / DOCUMENT / USDC SDNY)*

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(c)

     An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

     NOW, on reading and filing the Affidavit of Nancy R. Peterson, sworn to on January 22, 2008 and good cause shown having been shown, it is hereby

     ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any process server employed by Gotham Process Servers, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and/or the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
      January 24, 2008

                                 _____
                                 U.S.D.J.    for WHP