

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

April 30, 2008

RECEIVED MAY 5 2008 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

**Via First Class Mail**
Hon. William H. Pauley, III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

Re:   **Lead Arrow SA v. Trans Atlas Maritime Ltd. et. al.**
      Docket No. 08 CV 549 (WHP)
      Our Ref: 07-1259

Dear Judge Pauley:

   We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for Friday, May 9, 2008 at 11:30 a.m.

   We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On January 24, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendants' property in the hands of garnishee banks located within the Southern District of New York. The Defendants have not appeared and none of its property has been restrained in New York despite daily service of the writ of attachment on the garnishee banks.

   We have continued our daily service of the writ of attachment on the garnishee banks in an effort to obtain jurisdiction over the Defendants and secure our client's claim. However, to date, those efforts have been unsuccessful. We are still working with our client to determine what further steps, if any, may be warranted under these circumstances to seek to security for our client's claim.

   As Defendants have not appeared and no security has been obtained, we respectfully request a sixty (60) day adjournment of the pre-trial conference during which time we will seek to obtain jurisdiction over the Defendants by continued service of the attachment.

   Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's second request for an adjournment. Plaintiff's first request for an adjournment was granted on March 23, 2008. We thank your Honor for consideration of this request.

*Application Granted. The initial pre-trial conference is adjourned to July 11, 2008 at 12:00 p.m.*
*SO ORDERED:*

Respectfully Submitted,

_____
WILLIAM H. PAULEY III, U.S.D.J.
5/22/08

By Nancy R. Siegel (Peterson)