UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LEADARROW S.A.,

            Plaintiff,

  - against -

TRANS ATLAS MARITIME LTD.
a/k/a T.A.M. TRANS ATLAS MARITIME LTD., and
ALYA SHIPPING AND CHARTERING LTD.,

           Defendants.
------------------------------------------------------------X

08 Civ.549 (WHP)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: July 10, 2008
       Southport, CT

                                     The Plaintiff,
                                     LEADARROW S.A.

                                     By: _____
                                     Nancy R. Peterson (NP 2871)
                                     LENNON, MURPHY & LENNON, LLC
                                     420 Lexington Ave., Suite 300
                                     New York, NY 10170
                                     Phone (212) 490-6050
                                     Fax (212) 490-6070
                                     nrp@lenmur.com

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/14/08